UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS,
                        Petitioners,                        22 **CIVIL** 5729 (GHW)

      -against-                                      **JUDGMENT**

ARCHITECTURAL METAL CONCEPT LLC,
                        Respondent.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 22, 2022, the petition to confirm the arbitration award is GRANTED. Judgment is entered in the amount of $15,592.11, which consists of the arbitration award of $12,841.88, attorneys' fees of $2,658, and costs in the amount of $92.23. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full; accordingly, the case is closed.

**Dated**: New York, New York
         October 24, 2022

                                                               **RUBY J. KRAJICK**
                                                         _____
                                                               **Clerk of Court**
                          **BY:**         *K. Mango*
                                                               _____
                                                               **Deputy Clerk**